UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNON JEWEL,

    Plaintiff,

v.    Case No: 8:16-cv-2120-T-36JSS

FLORIDA DEPARTMENT OF REVENUE,
DISTRICT OF COLUMBIA and STATE
OF FLORIDA,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon the Plaintiff's Motion for Creation of a Remedy/ Declaratory Judgment (Doc. 67), filed on July 25, 2017. In the motion, Plaintiff requests a hearing regarding his case to "determine [his] [h]ead of state natural rights to life[,] liberty[,] and the pursuit of happiness." Doc. 67 at 1. But the Motion does not provide the basis for a hearing or any circumstances warranting a declaratory judgment. And the Motion does not comply with the Local Rules of the Middle District of Florida which require a motion or other application for an order to include "a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request." M.D. Fla. L.R. 3.01(a).

Accordingly, it is **ORDERED**:

1.    Plaintiff's Motion for Creation of a Remedy/ Declaratory Judgment (Doc. 67) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on November 21, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any